IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02611-DME-BNB

DOUGLAS HILL, an individual,

Plaintiff,

v.

OFFICER DAVID K. PROCTOR,
OFFICER BRADLEY ROSENBAUER,
SUPERVISING SGT. ALEX IACOVETTO,
SHERIFF JOSEPH D. HOY, each in their individual and official capacities,
EAGLE COUNTY SHERIFF'S DEPARTMENT, and
EAGLE COUNTY, COLORADO,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 18, filed December 13, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept Attachment 1 to docket no. 18, the Amended Complaint. All defendants now have to and including **December 23, 2010**, in which to answer or otherwise respond to the Amended Complaint.

DATED:  December 14, 2010