IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02611-DME-BNB

DOUGLAS HILL, an individual,

Plaintiff,

v.

OFFICER DAVID K. PROCTOR,
OFFICER BRADLEY ROSENBAUER,
SUPERVISING SGT. ALEX IACOVETTO,
SHERIFF JOSEPH D. HOY, each in their individual and official capacities,
EAGLE COUNTY SHERIFF'S DEPARTMENT, and
EAGLE COUNTY, COLORADO,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before March 21, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge