UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02611-DME-BNB

DOUGLAS HILL,

    Plaintiff,

v.

DAVID K. PROCTOR, in his individual and official capacity,
BRADLEY ROSENBAUER, in his individual and official capacity, ALEX IACOVETTO, in his individual and official capacity, JOSEPH D. HOY, in his individual and official capacity, EAGLE COUNTY SHERIFF'S DEPARTMENT and EAGLE COUNTY, COLORADO

    Defendants.
_____

**ORDER RE: STIPULATED MOTION TO DISMISS INDIVIDUAL DEFENDANTS WITH PREJUDICE**
_____

This matter is before the Court on Stipulated Motion to Dismiss the Individual Defendants with Prejudice pursuant to FED. R. CIV. P. 41. IT IS ORDERED that the Motion is GRANTED. Defendants David K. Proctor, Bradley Rosenbauer, Alex Iacovetto, and Joseph D. Hoy ARE HEREBY DISMISSED FROM THIS ACTION in their individual and official capacities WITH PREJUDICE.

    Dated: March 4, 2011.

                                                               BY THE COURT:

                                                               *s/ David M. Ebel*

                                                                U.S. Circuit Court Judge
                                                                District of Colorado