UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02611-DME-BNB

DOUGLAS HILL,

    Plaintiff,

v.

DAVID K. PROCTOR, in his individual and official capacity,
BRADLEY ROSENBAUER, in his individual and official capacity, ALEX IACOVETTO, in his individual and official capacity, JOSEPH D. HOY, in his individual and official capacity, EAGLE COUNTY SHERIFF'S DEPARTMENT and EAGLE COUNTY, COLORADO

    Defendants.
_____

## ORDER RE: STIPULATED MOTION TO DISMISS THE CIVIL ACTION WITH PREJUDICE
_____

This matter is before the Court on Stipulated Motion to Dismiss the Civil Action with Prejudice pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 41. IT IS ORDERED that the Motion is GRANTED. The Civil Action is hereby dismissed WITH PREJUDICE.

Dated: March 16, 2011.

                              BY THE COURT

                              *s/ David M. Ebel*

                              U.S. Circuit Court Judge
                              District of Colorado